```
                    FILED
              U.S. DISTRICT COURT
                SAVANNAH DIV.
```

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2012 APR -2  AM 11:09

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| KENNETH B. HAGGINS JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV411-209 |
| ) | |
| OFFICER JACOB SCHROYER; ) | |
| DETECTIVE SHINITA YOUNG; SGT. ) | |
| R. GAVIN; GREGORY JACOBS, ) | |
| Assistant District Attorney; ) | |
| STEVE BROWN, Assistant ) | |
| District Attorney; and TODD ) | |
| MARTIN, Assistant Public ) | |
| Defender; ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 39), to which objections have been filed (Doc. 42). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

SO ORDERED this **2ND** day of April 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA