IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH B. HAGGINS JR.,          )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   CASE NO. CV411-209
                                 )
OFFICER JACOB SCHROYER;          )
DETECTIVE SHINITA YOUNG; SGT.    )
R. GAVIN; GREGORY JACOBS,        )
Assistant District Attorney;     )
STEVE BROWN, Assistant           )
District Attorney; and TODD      )
MARTIN, Assistant Public         )
Defender;                        )
                                 )
    Defendants.                  )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 39), to which objections have been filed (Doc. 42). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case.

SO ORDERED this 2ND day of April 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA