IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH B. HAGGINS JR., )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV411-209
 )
DETECTIVE SHINITA YOUNG, )
 )
    Defendant. )
_____)

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 63), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's Motions for Summary Judgment (Doc. 55; Doc. 59) are **DENIED** and Defendant's Motion for Summary Judgment (Doc. 58) is **GRANTED**. Accordingly, Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of May 2013.

                                        WILLIAM T. MOORE, JR.
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA